IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_Southern_ DIVISION

RECEIVED
2019 FEB 26  P 1: 32

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Sybil Marie Little
_____
_____

PLAINTIFF

v.

CASE ACTION NO.: 1:19-CV-147-ECM-SRW

General Dynamics Information Technology dba
CSRA

DEFENDANT

JURY DEMAND (MARK ONE)

☒ YES     ☐ NO

## EEOC COMPLAINT

1. Plaintiff resides at 4949 County Road 215 Jack, Alabama 36346

2. Defendant(s)' name(s) General Dynamics Information Technology dba CSRA

   Location of principal office(s) of the named defendant(s) Headquarters are located at 3211 Jermantown Road, Fairfax, VA 22030. Office Plaintiff located at Building 5102 Andrew Avenue, Fort Rucker, Alabama 36362

   Nature of defendant(s)' business Government Contractor

   Approximate number of individuals employed by defendant(s) over 5,000

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employement discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 §2000e-5(g).

4. The acts complained of in this suit concern:

   1. ☐ Failure to employ me.
   2. ☒ Termination of my employment.
   3. ☒ Failure to promote me.
   4. ☒ Other acts as specified below: Retaliation, Hostile Work Environment, Failure to transfer to a different position, ~~failure to give severance pay~~

5. Plaintiff is:
   A. ___ Presently employed by the defendant.
      _x_ Not presently employed by the defendant. The dates of employement were _____ Employment was terminated because:

      (1) ___ Plaintiff was discharged.
      (2) _x_ Plaintiff was laid off.
      (3) ___ Plaintiff left job voluntarily.

6. Defendant(s)' conduct is discriminatory with respect to the following:

   A. ___ My race.
   B. ___ My religion.
   C. _x_ My sex.
   D. ___ My national origin.
   E. _x_ Other, as specified below: _____

7. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are) Richard Doxtater, Jason Patrick, David Jones, Rickey Norris, John Farmer, Dana Savage, Thomas Schnormeier Jose Bennet, Jose Serratoga, Nolan Manley, David Myers, Christopher Flowers

8. The alleged discrimination occurred on or about Over the course of the employment of the Plaintiff

9. The nature of my complaint, i.e., the manner in which the individual(s) named above discriminated against me in terms of the conditions of my employment, is as follows:
The management and technicians have provided a hostile environment to Sybil Little with the blessing of the company and management at Fort Rucker. Sybil Little's desk has on multiple of occasions been left with a sticky substance on it, dirt from shoes, fingernail or toe nails, and boxes. The company computer which is required to be used for classes and work was removed and moved to a different desk. When Sybil Little brought her personal computer to work and was using an electrical socket which was not used for months the technicians at the desk behind Little decided to stop using the outlet that had been being used and used the outlet Little was using. Little had to buy a laptop with a battery usable for the whole eight hour shift. The vacuum Little used to vacuum her devices was removed for "repair" and never returned. The number generator for work orders was removed from Little's bag so she was unable to do work orders. Little was unable to suggest repairs because a women could never be "trusted" to know how to fix a device. Failure to give severance pay

10. The alleged illegal activity took place at Building 5102 Andrew Avenue Fort Rucker, Alabama 36362

11. I filed charges with the Equal Employment Opportunity Commission regarding defendant(s)' alleged discriminatory conduct on or about _____.
I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission. The letter was received by me on 12/06/2018  .

12. I seek the following relief:

   A. _x_ Recovery of back pay.
   B. _x_ Reinstatement to my former job, and any other relief as may be appropriate, including injunctive orders, damages, costs, and attorneys fees.

Date: __26 Feb 19__

_____
Signature of Plaintiff

P O Box 620006
Fort Rucker AL 36362
334 208 4003
Address & Telephone Number of Plaintiff